1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN RE CRITICAL PATH, INC.                    No. C 01-00551 WHA
     SECURITIES LITIGATION
11
12   _____/
13   THIS DOCUMENT RELATES TO:                    **REQUEST FOR INFORMATION**
     ALL ACTIONS                                  **RE APPLICATION FOR ORDER**
14                                                **AUTHORIZING DISTRIBUTION**
     _____/            **OF REMAINING SETTLEMENT**
15                                                **FUNDS**
16
17        Counsel for lead plaintiff filed an application for permission to distribute the remaining

18   settlement funds to two local charities, Bay Area Legal Aid and Volunteer Legal Services

19   Program.  Counsel is requested to explain the relationship, if any, between Bay Area Legal Aid

20   and the San Francisco Legal Aid Society, and why the residual funds should not be distributed

21   to the latter.

22
23        **IT IS SO ORDERED.**

24
25   Dated:  November 19, 2008          _____
26                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
27
28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California