IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CRITICAL PATH, INC. SECURITIES LITIGATION _____/ THIS DOCUMENT RELATES TO: ALL ACTIONS _____/ | No. C 01-00551 WHA **ORDER RE REMAINING SETTLEMENT FUNDS** |

     Counsel for lead plaintiff filed an application for permission to distribute the remaining settlement funds to two local charities, Bay Area Legal Aid and Volunteer Legal Services Program. A November 2008 order requested further information about the charities. Counsel never responded to the order. Moreover, the Court clerk has since received calls from possible class members inquiring about their eligibility for settlement proceeds. The potential class members indicated that they called counsel Tobacco who (through a colleague) referred them to an ACS Financial. The possible class members indicate that numerous messages with the latter went unanswered. Counsel must respond by **MARCH 18, 2009**, and (1) indicate the status of any remaining settlement funds; (2) answer the Court's November 2008 request for response; and (3) indicate why possible class members have been unable to obtain information about their eligibility regarding class proceeds and how the problem will be remedied.

Dated: March 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE