**BERMAN DeVALERIO**
Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Lead Counsel for Lead Plaintiff

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CRITICAL PATH, INC. SECURITIES LITIGATION | No. C-01-0551 WHA |
| | [~~PROPOSED~~] **ORDER AUTHORIZING DISTRIBUTION OF REMAINING SETTLEMENT FUNDS TO CHARITABLE ORGANIZATIONS AND APPROVING FINAL ACCOUNTING, TERMINATING SETTLEMENT ADMINISTRATION, AND DISCHARGING LEAD COUNSEL, LEAD PLAINTIFF, AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS. | |

1   Having considered the papers filed by the Lead Plaintiff for an Order Authorizing

2   Distribution Of Remaining Settlement Funds To Charitable Organizations And Approving Final

3   Accounting, Terminating Settlement Administration, And Discharging Lead Counsel, Lead Plaintiff,

4   And The Claims Administrator From Further Duties In Connection Therewith; it appearing to the

5   Court that the balance of settlement funds in the sum of $54,246.47 will be paid in equal amounts to

6   both Bay Area Legal Aid and the San Francisco Legal Aid Society—Employment Law Center; and

7   it also appearing to the Court that after distribution of funds to both Bay Area Legal Aid and San

8   Francisco Legal Aid Society—Employment Law Center there will be no funds left to distribute; and

9   for good cause shown,

10   IT IS HEREBY ORDERED,

11   1.  Remaining settlement funds in the amount of $54,246.47 shall be distributed in equal

12       amounts to Bay Area Legal Aid in the sum of $27,123.24 and to the San Francisco Legal

13       Aid Society—Employment Law Center in the sum of $27,123.23, two not-for-profit

14       organizations designated by plaintiff;

15   2.  The settlement administration is terminated effective immediately upon the distribution

16       of all remaining settlement funds in equal amounts to Bay Area Legal Aid and San

17       Francisco Legal Aid Society—Employment Law Center; and

18   3.  Lead Plaintiff, Lead Counsel and the Claims Administrator are discharged from any

19       further duties in connection with the administration of the settlement fund.

20

21   Dated: June 1, 2009

       _____
22     HONORABLE WILLIAM H. ALSUP
       UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28