1 | **BERMAN DeVALERIO**
2 | Joseph J. Tabacco, Jr. (SBN 75484)
  | jtabacco@bermandevalerio.com
3 | 425 California Street, Suite 2100
  | San Francisco, CA  94104
4 | Telephone: (415) 433-3200
  | Facsimile:  (415) 433-6382

5 | Lead Counsel for Lead Plaintiff

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13 | IN RE CRITICAL PATH, INC.        )   No. C-01-0551 WHA
   | SECURITIES LITIGATION            )
14 |                                  ) **[PROPOSED] ORDER AUTHORIZING**
   |                                  ) **FURTHER DISTRIBUTION OF**
15 |                                  ) **SETTLEMENT FUNDS TO**
   |                                  ) **CHARITABLE ORGANIZATIONS**
16 | THIS DOCUMENT RELATES TO:        )
   |                                  )
17 | ALL ACTIONS.                     )
   |                                  )
18 |                                  )

19

20

21

22

23

24

25

26

27

28

1       Having considered the papers filed by the Lead Plaintiff for an Order Authorizing Further
2 Distribution of Settlement Funds to Charitable Organizations and for good cause shown,

3       IT IS HEREBY ORDERED,

4    1. Berman DeValerio is authorized to cash the restitution payment of $23.47, and any
5        subsequent restitution payments received on account of restitution payments made by
6        Bradford S. Beidner, and to distribute these amounts equally to Bay Area Legal Aid and
7        to the San Francisco Legal Aid Society – Employment Law Center, two not-for-profit
8        organizations previously designated by plaintiff, as they are received without further
9        order from the Court.

10   2. Further, accumulated interest in the amount of $0.15 shall be distributed in equal
11       amounts to Bay Area Legal Aid and to the San Francisco Legal Aid Society –
12       Employment Law Center, two not-for-profit organizations previously designated by
13       plaintiff.

14
15 Dated: _____ December 14, 2009. _____

16        HONORABLE WILLIAM H. ALSUP
         UNITED STATES DISTRICT COURT JUDGE

